NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHOENIX MANAGEMENT, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

AND

**ALLIANCE TECHNICAL SERVICES, INC.,**
*Defendant.*

---

2013-5018

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0325, Judge Susan G. Braden.

---

**JUDGMENT**

---

JOHN C. DULSKE, The Law Offices of Dulske & Gluys, P.C., of San Antonio, Texas, argued for plaintiff-appellant.

SETH W. GREENE, Trial Attorney, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and DONALD E. KINNER, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, BRYSON, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 7, 2013         /s/ Jan Horbaly
Date         Jan Horbaly
Clerk